FILED IN
COURT OF CRIMINAL APPEALS

July 24, 2015

ABEL ACOSTA, CLERK

PD-0921-15

PD No:_____

PD-0921-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/22/2015 11:33:15 AM
Accepted 7/24/2015 9:02:22 AM
ABEL ACOSTA
CLERK

| | |
|---|---|
| STEVEN JAMES SEBRING | IN THE TEXAS COURT |
| VS. | OF CRIMINAL APPEALS |
| STATE OF TEXAS | AUSTIN, TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Appellant, by and through the undersigned attorney, filing this Motion for Extension of Time to File Appellant's Petition for Discretionary Review, and in support thereof would show:

I.

Appellant was convicted of murder and sentenced to sixty (60) years in the Texas Department of Criminal Justice - Institutional Division. The trial court was the 337th District Court of Harris County, Texas. The trial court cause number was 1323534. On June 25, 2015, the Fourteenth Court of Appeals in Houston, Texas, affirmed appellant's conviction in appellate cause number 14-13-01046-CR.

II.

The current deadline for filing appellant's petition for discretionary review is July 27, 2015.

III.

No previous extension of time to file a petition for discretionary review has been requested by appellant.

IV.

Appellant's counsel is requesting this extension due to scheduling conflicts which prevented him from completing his review of the Opinion from the Fourteenth Court of Appeals in this matter. Additional time is needed for the undersigned to evaluate the issues to be presented to this Court on petition for discretionary review.

V.

Appellant is requesting an extension until August 10, 2015 in which to file his petition for discretionary review in this matter

VI.

This request is not made for the purpose of delay but to insure Appellant's right to appellate review in this matter.

WHEREFORE, PREMISES CONSIDERED, the undersigned prays that the Court will grant this Motion for Extension of Time to File Appellant's Petition for Discretionary Review until August 10, 2015.

Respectfully submitted,

Thomas M. Henderson
SBOT: 09432000
4615 Southwest Freeway, Suite 600
Houston, Texas 77027
Tel: (713) 552-1940
Fax: (713) 626-0182
email: Thend1283@aol.com

BEFORE ME, the undersigned authority, on this day personally appeared Thomas M. Henderson, who after being duly sworn by me, upon his oath did state that the information contained in the above Motion for extension of Time is true and correct.

Notary Public in and for the State of Texas

## CERTIFICATE OF SERVICE

A true and correct copy of this motion will be delivered to:

Harris County District Attorney's Office
Appellate Division
1201 Franklin, 6th Floor
Houston, Texas 77002

Thomas M. Henderson